IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTONIO FLYNN, # 199511, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 2:15-CV-388-WKW |
| ) | (WO) |
| WALTER MYERS, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**ORDER**

Upon consideration of Petitioner's motion to dismiss his petition for writ of habeas corpus as moot, it is the ORDERED that:

(1)   Petitioner Antonio Flynn's motion to dismiss (Doc. # 29) is granted; and

(2)   The petition for writ of habeas corpus (Doc. # 1) is denied without prejudice as moot.

Final judgment will be entered separately.

DONE this 13th day of December, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE